# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00369-CR

**Crae Robert Pease, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY
### NO. 720828, HONORABLE WILLIAM E. BENDER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due October 30, 2006. The brief has not been received, no extension of time has been requested, and appellant's retained attorney, Mr. Dal Ray Ruggles, did not respond to this Court's notice that the brief is overdue.

The appeal is abated. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal, whether appellant is indigent, and, if he is not indigent, whether retained counsel has abandoned this appeal. Tex. R. App. P. 38.8(b)(2). The court shall make appropriate findings and recommendations. A record from this hearing, including copies of

all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the Clerk of this Court for filing as a supplemental record no later than January 19, 2007. Rule 38.8(b)(3).

_____

Bob Pemberton, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Filed:   December 15, 2006

Do Not Publish